ROSE GOLD RICHMAN, complainant-respondent,

*v.*

HARRY RICHMAN, defendant-appellant.

[Decided February 3d, 1941.]

*Mr. Reuben P. Goldstein (Mr. Maurice C. Brigadier,* of counsel), for the appellant.

*Messrs. Levenson, Comen & Levenson,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion of Advisory Master Herr in the Court of Chancery.

*For affirmance*—DONGES, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ.   7.

*For reversal*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, HEHER, RAFFERTY, JJ.   6.